IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § § | |
| Plaintiff, | § | Case No. 2:21-cv-01237-JMV-MF |
| vs. | § § § | PATENT CASE |
| ORBCOMM, INC., | § § § | |
| Defendant. | § § § | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Social Positioning Input Systems, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Social Positioning Input Systems, LLC hereby voluntarily dismisses this action against Orbcomm, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: March 9, 2021                                  Respectfully submitted,

/s/Mark Kriegel
**MARK KRIEGEL**
**LAW OFFICE OF MARK A. KRIEGEL, LLC**
1479 Pennington Rd.
Ewing, NJ 08618
(609) 883-5133
Fax: (609) 450-7237
mkriegel@kriegellaw.com

**ATTORNEYS FOR PLAINTIFF**

SO ORDERED.
s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 3/10/21